IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

TYRONE JONES                                                                   PLAINTIFF

v.                                Case No. 6:25-cv-6044

OFFICER ACXSEL RIOS                                       DEFENDANT

**ORDER**

Before the Court is a Report and Recommendation ("R&R") issued by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. ECF No. 10. Judge Ford recommends that Plaintiff's Complaint (ECF No. 1) be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b) and Local Rule 5.5(c)(2) for failure to prosecute this matter and for failure to obey Orders of the Court, respectively. Judge Ford notes that Plaintiff failed to submit an amended complaint on the Court-approved form as previously ordered (ECF No. 5) and failed to respond to the Show Cause Order (ECF No. 9) requiring that Plaintiff show cause for the prior failure.

Plaintiff filed an untimely objection. ECF No. 11. The objection appears to be an attempt at amending his Complaint. However, this amended complaint fails to adhere to Judge Ford's directive that any amended complaint be submitted using the Court-approved form. Thus, Plaintiff's failure to adhere to the Court's Orders continues.

Accordingly, upon review, the Court hereby adopts the R&R (ECF No. 10) in toto. Plaintiff's Amended Complain (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE** for failure to comply with the Court's Orders.

**IT IS SO ORDERED**, this 6th day of October, 2025.

                                                               /s/ Susan O. Hickey
                                                               Susan O. Hickey
                                                               United States District Judge